**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| STATE OF NEW MEXICO, EX REL.,<br>RAÚL TORREZ, ATTORNEY GENERAL,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF COUNTY COMMISSIONERS<br>FOR TORRANCE COUNTY and<br>DAVID FRAZEE, in his official capacity as<br>Sheriff for the County of Torrance,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No.: 1:26-cv-02121** |

**<u>ORDER GRANTING UNOPPOSED MOTION TO REMAND</u>**

THIS MATTER is before the Court on Plaintiff's Unopposed Motion to Remand, filed August 3, 2026. Having reviewed the Motion To Remand, the parties' pleadings, and the applicable law, the Court finds the Motion is well-taken and grants the request to remand this matter to state court.

For the foregoing reasons, the Court **GRANTS** Plaintiff's Unopposed Motion to Remand, filed August 3, 2026, and remands this action to the Seventh Judicial District Court, County of Torrance. The Clerk is directed to send a certified copy of this Order to the Seventh Judicial District Court.

IT IS SO ORDERED

HON. JERRY H. RITTER
United States Magistrate Judge